Daniel T. Schmaeling, State Bar No. 143691
**LAW OFFICES OF JOHN A. BIARD**
11070 White Rock Road, Suite 200
Rancho Cordova, CA 95670
Telephone: (916) 638-6610
Fax:          (855) 631-5920

Attorneys for Plaintiff
TRAVELERS INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>GARDNER DENVER, ACCURATE AIR ENGINEERING, SYSTEM COMPONENTS, INC., et al.,<br><br>Defendants. | Case No.: 1:12-CV-00830-BAM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**<br>**[FRCP 41]** |

Plaintiff, TRAVELERS INDEMNITY COMPANY and Defendants, GARDNER DENVER, ACCURATE AIR ENGINEERING and SYSTEM COMPONENTS, INC. (collectively referred to as "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.  The Parties have entered into a Settlement Agreement and Mutual Release of All Claims whereby they have resolved all claims and agreed to the dismissal of the above-entitled action, with prejudice.

2.  Each party will bear their own attorney's fees and costs.

/ / /

/ / /

1    Accordingly, the Parties jointly request the Court to dismiss the above-entitled action, with

2 prejudice.

3 DATED:  April 9, 2013     **LAW OFFICES OF JOHN A. BIARD**

4

5            By:  /s/ Daniel T. Schmaeling
              DANIEL T. SCHMAELING

6              Attorney for Plaintiff
              TRAVELERS INDEMNITY COMPANY

7 DATED:  April 12, 2013    **McCORMICK, BARSTOW, SHEPPARD,**
              **WAYTE & CARRUTH, LLP**

8

9

10           By:  /s/ Timothy J. Buchanan
              TIMOTHY J. BUCHANAN

11             ADAM B. STIRRUP
              Attorney for Defendant

12             GARDNER DENVER

13

14 DATED:  April 11, 2013    **SCHMIEDESKAMP, ROBERTSON, NEU &**
              **MITCHELL, LLP**

15

16           By:  /s/ Brett K. Gorman
              BRETT K. GORMAN

17             Attorney for Defendant
              GARDNER DENVER

18

19 DATED:  April 11, 2013    **PEEL GARCIA, LLP**

20           By:  /s/ James W. Peel
              JAMES W. PEEL

21             Attorney for Defendant

22             ACCURATE AIR ENGINEERING

23 DATED:  April 11, 2013    **TRACHTMAN & TRACHTMAN**

24

25           By:  /s/ Ryan M. Craig
              RYAN M. CRAIG

26             Attorney for Defendant
              SYSTEM COMPONENTS, INC.

27 / / /

28 / / /

STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER

**ORDER**

Pursuant to the terms Joint Stipulation of Dismissal filed on April 12, 2013, by the parties, **IT IS HEREBY ORDERED** that this action is **DISMISSED** pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with prejudice, and that the Parties each bear their own attorney's fees and costs.  All dates are **VACATED**.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **April 12, 2013**                    /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE